IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| QUINCY B. JONES, Reg. No. 13407-002, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:19-CV-871-WHA |
| | ) | |
| WARDEN GENE BEASLEY, | ) | |
| | ) | |
| Respondent. | ) | |

**OPINION AND ORDER**

This case is now before the court on the Recommendation of the Magistrate Judge entered on November 18, 2019 that this case be transferred to the United States District Court for the Middle District of Pennsylvania in accordance with the provisions of 28 U.S.C. § 1406(a). Doc. #3. There being no timely objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is transferred to the United States District Court for the Middle District of Pennsylvania pursuant to the provisions of 28 U.S.C. § 1406(a).

The Clerk is DIRECTED to take the appropriate steps to effectuate the transfer of this case.

This case is closed in this court.

DONE this 17th day of December, 2019.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE